# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2852
Lower Tribunal No. 2019-CA-000926-O

_____

CHRISTOPER LANGDON,

Appellant,

v.

SUN LAKE MULTI-FAMILY HOLDINGS, LLC, GREYSTAR PROPERTY MANAGEMENT,
and ALLISON MURRELL,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Vincent Falcone, III, Judge.

April 9, 2024

PER CURIAM.

AFFIRMED.

STARGEL and WOZNIAK, JJ., and LAMBERT, B.D., Associate Judge, concur.


Christopher Langdon, Winter Park, pro se.

Barry B. Johnson, of Miller Johnson Law, P.L., Altamonte Springs, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED